## File Hashes for IP Address 107.145.191.82

**ISP:** Bright House Networks Online Services
**Physical Location:** Deltona, FL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/12/2015 02:49:44 | 4C66FA038D01EE85CE987C348C7C6A6523E9BE9E | Plastic |

**Total Statutory Claims Against Defendant: 1**

EXHIBIT A

MFL77

## Copyrights-In-Suit for IP Address 107.145.191.82

ISP: Bright House Networks Online Services
Location: Deltona, FL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Plastic | PAu003730858 | 05/02/2014 | 02/14/2014 | 01/12/2015 |

**Total PLASTIC THE MOVIE LIMITED Copyrights Infringed: 1**

EXHIBIT B

MFL77



Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PAu003730858
Search Results: Displaying 1 of 1 entries

previous | next



Labeled View

### *PLASTIC.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PAu003730858 / 2014-02-14
**Application Title:** PLASTIC.
**Title:** PLASTIC.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Plastic The Movie Limited. Address: 8 Broadstone Place, London, W1U 7EP, United Kingdom.
**Date of Creation:** 2013
**Authorship on Application:** Plastic The Movie Limited, employer for hire; Domicile: United Kingdom. Authorship: entire motion picture.
**Rights and Permissions:** Terry Stone, Gateway Films, terry.stone@gateway-films.com
**Names:** Plastic The Movie Limited

previous | next



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ▾   Format for Print/Save |
| Enter your email address:                                Email |

---

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

**EXHIBIT B**

MFL77